IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| CAROLYN A. NEWTON §<br>     Plaintiff §<br> §<br>V. §<br> §<br>JO ANNE B. BARNHART, §<br>Commissioner of Social §<br>Security Administration, §<br>     Defendant § | No.  5:04CV199 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  No objections to the Report and Recommendation were filed.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendant's Unopposed Motion to Reverse With Remand and Enter Judgment (Dkt. No. 10) is hereby **GRANTED**.  It is further

**ORDERED** that Plaintiff's above-entitled and numbered civil action is **REVERSED** and **REMANDED** under the fourth sentence of the Social Security Act, 42 U.S.C. § 405(g), to the Commissioner of the Social Security Administrative for further administrative proceedings before an Administrative Law Judge ("ALJ"). It is further

**ORDERED** that on remand an ALJ will obtain vocational expert testimony in accordance with the relevant regulations and Social Security Ruling to determine the effects of the assessed

limitations on Plaintiff's occupational base.  20 C.F.R. §§ 404.1566(e) and 416.966(e); Social Security Ruling 00-4p.  It is further

**ORDERED** that all motions not previously ruled on are denied, and the referral order is **VACATED**.

**SIGNED this 16th day of August, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE